## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID M. WASHINGTON,<br><br>          Plaintiff,<br><br>     v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>          Defendant. | CIVIL ACTION NO. 2:19-cv-00030-CJB-DMD<br><br>Judge Carl Barbier<br><br>Magistrate Judge Dana Douglas |

## MOTION TO TRANSFER VENUE

Now comes Defendant, The Prudential Insurance Company of America ("Prudential"), by and through its attorneys, pursuant to 28 U.S.C. § 1404(a), for reasons more fully explained in the accompanying memorandum submits this motion to transfer venue. Prudential respectfully submits that it is apparent on the face of the complaint and review of applicable statutes that this Court should transfer this case to the Western District of Louisiana or the District of New Jersey.

DATED:  February 15, 2019                                 Respectfully submitted,


                                                                           By: */s/ Patricia S. LeBlanc*
                                                                                  Patricia S. LeBlanc
                                                                                  pleblanc@lfvlaw.us

                                                                           LEBLANC FANTACI VILLIO, LLC
                                                                           3421 N. Causeway Boulevard, Suite 201
                                                                           Metairie, LA 70002
                                                                           Telephone:  (504) 828-1010
                                                                           Facsimile:   (504) 828-1079

                                                                           *Attorneys for Defendant*
                                                                           THE PRUDENTIAL INSURANCE
                                                                           COMPANY OF AMERICA

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 15th day of February 2019. Any other counsel of record will be served by facsimile transmission and/or first class mail.

>Reagan Toledano
>James F. Willeford
>Willeford & Toledano
>201 St. Charles Avenue, Suite 4208
>New Orleans, Louisiana 70170

>/s/ *Patricia S. LeBlanc*
>Patricia S. LeBlanc