IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 5:19-CV-00550-SMH-MLH |

**CORRECTIVE DOCUMENT - JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY**

Plaintiff David Washington ("Plaintiff") and Defendant The Prudential Insurance Company of America (collectively, the "Parties"), by and through their respective undersigned attorneys, pursuant to Local Rule 16.4, submit the following corrective document - joint notice of settlement and request to stay. On March 31, 2020, the Parties reached a conditional settlement in this matter. The Parties anticipate that they will be able to file a final notice of settlement and joint stipulation of dismissal within thirty (30) days of the filing of this notice, and the Parties respectfully request that the Court stay the remaining deadlines in this matter for 30 days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for thirty days.

2

Dated: April 15, 2020

Respectfully Submitted,

 */s/ Patricia LeBlanc*

Patricia LeBlanc
3421 N. Causeway Blvd., Suite 201
Metairie, LA 70002
Phone: (504) 828-1010
Facsimile: (504) 828-1079
pleblanc@Lfvlaw.com

Julie M. Kamps (admitted pro-hac vice)
Amanda A. Sonneborn (admitted pro-hac vice)
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000 (T)
(312) 460-7000 (F)
asonneborn@seyfarth.com
jkamps@seyfarth.com

*Attorneys for Defendant, The Prudential Insurance Company of America*

*/s/ Reagan Toledano* (with permission)

Reagan Toledano
Willeford & Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana
Email: rtoledano@willefordlaw.com
Phone: 504-582-1286
Fax: 318-692-5927

*Attorneys for Plaintiff, David Washington*

**CERTIFICATE OF SERVICE**

I do hereby certify that on April 15, 2020, I electronically filed the foregoing corrective document using the Court's CM/ECF method, which will send notification of such filing to the following:

>Reagan L. Toledano
>Willeford & Toledano
>201 St Charles Ave Ste 4208
>New Orleans, LA 70170
>Phone: 504-582-1286
>Fax: 318-692-5927
>Email: rtoledano@willefordlaw.com

By: */s/ Patricia LeBlanc* _____
      Attorney for Defendant.