## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA

DAVID WASHINGTON,

       Respondents,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

       Defendant.

Case No. 5:19-CV-00550-SMH-MLH

## ORDER

**CONSIDERING THE FOREGOING;**

**IT IS HEREBY ORDERED** that the above-referenced matter is stayed for 30 days pending the finalization of the release and settlement agreement. The Parties shall file a dismissal of the action by ~~April~~ May 18, 2020

Thus done and signed this 17 day of April, 2020, in Shreveport, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE