UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DAVID M. WASHINGTON                     CIVIL ACTION

VS.                                     NO. 5:19-CV-0550-SMH-MLH

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, David Washington ("Plaintiff") and Defendant, The Prudential Insurance Company of America ("Prudential"), by and through their respective undersigned counsel, hereby dismiss this action with prejudice. Each party will bear its own costs, expenses and attorneys' fees.

April 17, 2020

Jointly and respectfully submitted,

| DAVID WASHINGTON | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |
|---|---|
| /s/ Reagan Toledano<br>Willeford & Toledano<br>Reagan L. Toledano (La. 29687) (T.A)<br>James F. Willeford (La. 13485)<br>201 St. Charles Avenue, Suite 4208<br>New Orleans, LA 70170<br>Phone: (504) 582-1286<br>Fax: (313) 692-5927<br>Email: rtoledano@willefordlaw.com | /s/ Patricia LeBlanc (with consent)<br>Patricia LeBlanc<br>3421 N. Causeway Blvd., Ste. 201<br>Metairie, LA, 70002<br>Phone: (504) 828-1010<br>Fax: (504) 828-1079<br>Email: pleblanc@Lfvlaw.com<br><br>Julie M. Kamps (admitted pro-hac vice)<br>Amanda A. Sonneborn (admitted pro-hac vice)<br>SEYFARTH SHAW LLP<br>233 South Wacker Dr., Ste. 8000<br>Chicago, IL 60606-6448<br>Phone: (312) 460-5000<br>Fax: (312) 460-7000<br>Email: jkamps@seyfarth.com<br>Email: asonneborn@seyfarth.com |