UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DAVID M. WASHINGTON                                CIVIL ACTION

VS.                                                NO. 5:19-CV-0550-SMH-MLH

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

**ORDER**

Considering the Joint Stipulation of Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(iii), the above-referenced matter is hereby dismissed with prejudice and with each party to bear their own costs.

THUS DONE AND SIGNED, this 20th day of April, 2020, in Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT